## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

---

In Re:                                                      Case #2017-21882-LMI
**Debtor:** Otancia Deus                                    Chapter 13

---

### FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 01-25-2018 and the following parties were present:

1. [   ] The Debtor:
2. [   ] The Debtor's Attorney:
3. [   ] The Lender's Representative:
4. [   ] The Lender's Attorney:

**B.** The final MMM conference was scheduled for 01-25-2018 but not conducted for the following reason:

1. [ x ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [   ] The parties did not reach an agreement

Dated: 01.18.18                    Signature of Mediator: _____ //s// Anthony Roca
                                   Printed Name: Anthony Roca
                                   Address: 1400 NW 107th Ave. Suite 209 Miami, FL
                                   33172-2746
Copies To:                         Phone: (305) 771-3529
[All Parties to Mediation]         Email: tony@rocalaw.com