**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 17-21882-LMI
 Chapter 13
OTANCIA DEUS,

_____Debtor(s)_____/

### EX PARTE MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH OCWEN LOAN SERVICING, LLC.

The above-referenced Debtor requests the Court enter an Order approving the Mortgage Trial Modification Agreement with Ocwen Loan Servicing, LLC. ("Lender") with respect to real property located at 191 NW 84 Street, Miami, FL 33150 and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") on November 27, 2017 (ECF #23).

2. The final MMM conference was not held because the parties reached an agreement prior to the MMM conference.

3. The MMM Mediator filed a Final Report of Mortgage Modification Mediator on January 18, 2018 (ECF #38), reporting the parties reached an agreement.

4. Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted).

5. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

6. The debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court.

MMM-LF-14 (rev. 04/01/15)

7. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

8. The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE,** the Debtor requests the Motion to Approve Mortgage Modification Agreement with Ocwen Loan Servicing, LLC. to be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Trial Mortgage Modification Agreement with Ocwen Loan Servicing, LLC., was served by CM/ECF upon the parties listed below on January 18th, 2018.

/s/Timothy S. Kingcade, Esq.
Attorney for Debtor
Address: 1370 Coral Way, Miami, FL 33145
Telephone: 305-285-9100
Fax: 305-285-9542
Florida Bar No.: 082309
email: scanner@miamibankruptcy.com

Copies to:

- Ocwen Loan Servicing, LLC. c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487
- Nancy K. Neidich, Chapter 13 Trustee via CM/ECF.

Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746-2936

1/9/2018

Loan Number:

Otancia Deus
1155 NW 125th St
North Miami, FL 33168-6437

**Property Address:**
191 NW 84th St
Miami, FL 33150-2622

# PROPOSED MODIFICATION AGREEMENT

Dear Customer(s),

Enclosed please find a proposed modification agreement (the "Agreement") on your loan referenced above for your review and consideration.

In order to accept this modification on your loan, you must complete all of the following steps **on or before 2/1/2018,** ("Due Date"):

1. **SIGN** the bottom of the Agreement on the line(s) for the Borrower(s);

2. **MAIL** the fully executed Agreement to:
   Ocwen Loan Servicing, LLC
   ATTN: Mortgage Assistance
   1661 Worthington Road, Suite 100
   West Palm Beach, Florida 33409

3. **PAY** the full down payment in the amount of: $475.71
   [See Payment Instructions Attached]

4. **NEW MONTHLY PAYMENT:**
   Principal and Interest Payment         $475.71
   Escrow Payment                          $0.00
   Total                                   $475.71
   Starting on 3/1/2018

5. **SEND** proof of insurance coverage*
   Attention: Escrow Department
   Fax: (888) 882-1816
   E-mail: updateinsuranceinfo@ocwen.com

*Proof of insurance and the Agreement must be sent separately to the correct departments using the fax numbers provided above. If your loan is not currently escrowed, you must provide Ocwen Proof of Insurance (Declaration Page) on or before 2/1/2018. If no proof of insurance is received by 2/1/2018, an insurance policy will be lender-placed with the monthly cost included in your mortgage payment. The cost of lender-placed insurance may be more expensive than insurance you may obtain for yourself.

Time is of the essence on this offer. If ALL of the items above are not completed by the Due Date, which includes the receipt of an executed counterpart to the Agreement signed by all parties, the Agreement will have no force or effect and the original terms of your note will apply. Any down payment received will be applied in accordance with the original terms of your loan agreement.

STRTM_v2.8

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



| Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 |
| --- | --- |
| WWW.OCWEN.COM | West Palm Beach, FL. 33409 |
| *Helping Homeowners is What We Do!* ™ | Toll Free: (800) 746-2936 |

Please be advised that Ocwen Loan Servicing, LLC will not delay, postpone or otherwise stop any collection efforts until ALL of the steps above have been completed.

If you have any questions or require additional information, please contact the Customer care center at (800) 746-2936. We are available Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,

Loan Servicing



## PAYMENT REMITTANCE INFORMATION

1. Make checks payable to Ocwen Loan Servicing, LLC
2. Always include your loan number with your payment.

### Western Union

**Code City** : OCWEN
**State** : Florida
**Reference** : Loan # ___
**Agent Locator** : (800) 225-5227

### Money Gram

**Receiver Code** : 2355
**Payable to** : Ocwen Loan Servicing, LLC
**City, State** : Orlando, Florida
**Reference** : Loan # 7141607239
**Agent locator** : (800) 926-9400

### Mail a Money Order / Certified Check

**For Overnight/ Certified Mail:**
Ocwen Loan Servicing, LLC.
Box # 660264
1010 W. Mockingbird Ln., Suite 100
Dallas, TX 75247

### Bank Wire

**Bank:** Wells Fargo Bank, NA
**ABA:** 12:
**Account Number:**
**Account Name:** Ocwen Loan Servicing LLC
**Reference:** Loan #          nd Property
Address and Borrower Name
**Email** wire details to Transferfunds@ocwen.com

7141607239                                                      STRTM_v2.8

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852

| | Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 |
|---|---|---|
| ○ | WWW.OCWEN.COM | West Palm Beach, FL. 33409 |
| OCWEN | *Helping Homeowners is What We Do!* ™ | Toll Free: (800) 746-2936 |

## LOAN MODIFICATION AGREEMENT

Ocwen Loan Servicing, LLC ("Ocwen") is offering you this Loan Modification Agreement ("Agreement"), dated 1/9/2018, which modifies the terms of your home loan obligations as described in detail below:

A. the Mortgage, Deed of Trust, or Security Deed (the "Mortgage"), dated and recorded in the public records of Miami-Dade County, and 

B. the Note, of the same date and secured by the Mortgage, which covers the real and personal property described in the Mortgage and defined therein as the "Property", located at 191 NW 84th St, Miami, FL 33150-2622.

Pursuant to our mutual agreement to modify your Note and Mortgage and in consideration of the promises, conditions, and terms set forth below, the parties agree as follows:

1. You agree that the new principal balance due under your modified Note and the Mortgage will be $59,714.07. Upon modification, your Note will become contractually current; however fees and charges that were not included in this principal balance will be your responsibility.

2. You promise to make an initial payment in the amount of $475.71 on or before 2/1/2018, after which you will commence payments of principal and interest in the amount of $475.71 beginning on 3/1/2018 and continuing on the same day of each succeeding month until all amounts owed under the Note and Modification are paid in full. The maturity date of your Mortgage will be 12/1/2036.

3. You will be required to pay to Ocwen, until such time the loan is paid in full, a sum to provide for payment of amounts due for (i) yearly taxes and assessments which may attain priority over the Security Instrument as a lien on the Property, and (ii) yearly hazard or property insurance premiums, all in accordance with the terms and conditions of the Security Instrument. A waiver of this requirement by Ocwen as of the Effective Date shall not constitute a waiver of such requirement at any future date, and Ocwen specifically reserves the right, in its sole and absolute discretion, to impose such requirement at any time upon written notice to you.

4. Upon Modification, the annual rate of interest charged on the unpaid principal balance of your loan will be 6.98447%. This rate will remain in effect until the maturity date of your loan.

5. If you sell your property, refinance or otherwise payoff your loan during the 12 months following the date of Modification, the Modification will be voidable at the sole option of Ocwen and all amounts owed under the obligations existing prior to the Modification will be due and owing.

6. You understand and agree that:

    (a) All the rights and remedies, stipulations and conditions contained in your Mortgage relating to default in the making of payments under the Mortgage will also apply to default in the making of the modified payments hereunder.

    (b) All covenants, agreements, stipulations and conditions in your Note and Mortgage will remain in full force and effect, except as herein modified, and none of the your obligations or liabilities under your Note and Mortgage will be diminished or released by any provisions hereof, nor will this Agreement in any way impair, diminish or affect any of Ocwen's rights under or remedies on your Note and Mortgage, whether such rights or remedies arise there under or by operation of law. Also, all rights of recourse to which Ocwen is presently entitled against any property or any other persons in any way obligated for, or liable on, your Note and Mortgage are expressly reserved by Ocwen.

STRTM_v2.8

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746-2936

(c) Any expenses incurred in connection with the servicing of your loan, but not yet charged to your account as of the date of this Agreement, may be charged to your account after the date of this Agreement.

(d) Nothing in this Agreement will be understood or construed to be a satisfaction or release in whole or in part of your Note and Mortgage.

(e) You agree to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Ocwen, will bind and inure to your heirs, executors, administrators, and assigns.

(f) You understand that this agreement is legally binding and that it affects your rights. You confirm that you have had the opportunity to obtain, independent legal counsel concerning this Agreement and are signing this Agreement voluntarily and with full understanding of its contents and meaning.

(g) Corrections and Omissions: You agree to execute such other and further documents as may be reasonably necessary to consummate the transactions contemplated herein or to perfect the liens and security interests intended to secure the payment of the loan evidenced by the Note.

STRTM_v2.8

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852



| Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 |
| --- | --- |
| WWW.OCWEN.COM | West Palm Beach, FL. 33409 |
| *Helping Homeowners is What We Do!* ™ | Toll Free: (800) 746-2936 |

This type of modification may incorporate some forgiveness of principal resulting in a reduction of your New Principal Balance. The amount of your principal forgiveness will be $ 0.48. This may result in a tax consequence to you and we encourage you to contact a tax professional to discuss any questions you may have.

PRINCIPAL FORGIVENESS: To structure a more affordable payment, we will forgive a portion of your outstanding principal equal to $ 0.48. You will never be required to repay this amount. However, this may result in federal, state, or local tax consequences to you and/or affect your eligibility for any public assistance benefits. We cannot advise you on these impacts and encourage you to contact a tax professional to discuss any questions you may have.

Borrower acknowledges that as of the Effective Date, the amount payable under the Note and Security Instrument (New Principal Balance) is $59,714.07. The "New Principal Balance" less the deferred and forgiven Principal Balance shall be referred to as the "Interest Bearing Principal Balance" and this amount is $59,714.07. This represents a reduction in my principal balance by $ 0.48 (Total Deferred + Forgiven Principal) of which $ 0.48 is being forgiven in full and $0.00 is being deferred (the "Deferred Principal Balance") until my loan expires (the New Maturity Date) or when I payoff my loan at the time when I sell or transfer any interest in my home, refinance the loan, or when the last scheduled payment is due, and the Lender will be under no obligation to refinance my loan. Until I am required to pay off the Deferred Principal Balance, I will not be required to pay interest or make monthly payments on the deferred amount.



_____      _Otancia Deus_ (signature)
Ocwen Loan Servicing, LLC             Otancia Deus

By: _____      _____
Authorized Officer

STRTM_v2.8

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852