

ORDERED in the Southern District of Florida on January 19, 2018.

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                Case No. 17-21882-LMI
                                                                       Chapter 13
OTANCIA DEUS

_____Debtor(s)_____/


**ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION
AGREEMENT WITH OCWEN LOAN SERVICING, LLC.**


This matter came before the Court:

☒   On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with Ocwen Loan Servicing, LLC.

☐   For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement between the Debtor and Ocwen Loan Servicing, LLC. ("Lender") regarding real property located at 191 NW 84 Street, Miami, FL 33150.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Timothy S. Kingcade, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).